**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-1169**

LISA A. BARRIGAN,

　　　　　Plaintiff – Appellant,

　　　v.

ELITE FUNDING, d/b/a Tenacity Mortgage; DECISION ONE; MORGAN STANLEY CREDIT CORPORATION,

　　　　　Defendants – Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.　Claude M. Hilton, Senior District Judge.　(1:07-cv-00951-CMH-JFA)

Submitted:　November 16, 2009　　　Decided:　December 2, 2009

Before WILKINSON, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Lisa A. Barrigan, Appellant Pro Se.　Pamela Anne Bresnahan, Nicholas Bradley Reuhs, VORYS, SATER, SEYMOUR & PEASE, Washington, D.C.; Robert A. Dybing, Robert R. Musick, THOMPSON MCMULLAN PC, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lisa A. Barrigan appeals the district court's order granting Defendants' motions for summary judgment and dismissing Barrigan's claims. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Barrigan v. Elite Funding</u>, No. 1:07-cv-00951-CMH-JFA (E.D. Va. Jan. 6, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>